

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-13-00118-CV

IN RE:  JONATHAN SCOTT BAKER AND SHANNON COMPTON, D/B/A
AMERICAN OUTDOOR TRANSPORTATION

Original Mandamus Proceeding

Before Morriss, C.J., Carter and Moseley, JJ.

ORDER

We withdraw our opinion of December 17, 2013. We request that the real party in interest (and any other party that wishes to respond) file its response to the petition for writ of mandamus, which is to be received by this Court within ten days of the date of this order. *See* TEX. R. APP. P. 52.4. No extensions will be granted.

IT IS SO ORDERED.

BY THE COURT

Date: December 18, 2013

2